## Thomas J. Scanlan and Ruby Scanlan, Appellants, v. Rubin Garrick and David Garrick, Appellees.

**Gen. No. 43,365.**

462

Heard in the second division, first district, this court at the April term, 1945; opinion filed June 15, 1945; released for publication June 27, 1945. Ellis D. Whipp, for appellants; no appearance for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.